# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SOLAI & CAMERON
TECHNOLOGIES, INC.,

   Plaintiff,

v.             Case No:   6:24-cv-1404-WWB-LHP

SOURCEW9, INC.,

   Defendant

---

## ORDER
(And Direction to Clerk of Court)

This cause comes before the Court *sua sponte*. Plaintiff initiated this action by complaint filed against Defendant in state court on June 27, 2024. Doc. No. 1-1. Defendant removed the matter to this Court on July 30, 2024. Doc. No. 1. Defendant initially appeared in this case through counsel. Doc. Nos. 4, 8-10. However, on June 9, 2025, counsel moved to withdraw from representing Defendant. Doc. No. 33. On June 11, 2025, the Court granted counsel's motion. Doc. No. 39.[1]

---

[1] While the Order is dated June 9, 2025, it was not docketed or served on the parties until June 11, 2025.

In the order granting withdrawal, the Court noted that Defendant cannot proceed *pro se*. Doc. No. 39, at 2 (citing *S.E.C. v. Merchant Cap., LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear pro se and must be represented by counsel, not merely by a stockholder or officer.")). Accordingly, the Court permitted Defendant thirty (30) days from the date of its order to retain new counsel and to cause counsel to appear on its behalf. *Id.* at 2. The Court cautioned Defendant that failure to do so "will result in default being entered against Defendant without further notice." *Id.*

The thirty-day deadline has now expired. Doc. No. 39. But on review of the docket, no counsel has appeared on behalf of Defendant. Accordingly, the Clerk of Court is **DIRECTED** to enter default against Defendant. The Clerk of Court is further **DIRECTED** to mail a copy of this Order to Defendant to the address reflected on the docket. Plaintiff shall file a motion for default judgment within the time period set forth in Local Rule 1.10(c).

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties